# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TALIYAH CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:23-cv-15-TFM-N |
| ) | |
| HEATH JACKSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| TALIYAH CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:23-cv-167-TFM-N |
| ) | |
| KRISTY GODWIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| TALIYAH CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:23-cv-236-TFM-N |
| ) | |
| HEATH JACKSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum Opinions and Orders entered December 19, 2023 (Doc. 22 in Civ. Act. No. 1:23-cv-167; Doc. 13 in Civ. Act. No. 1:23-cv-236), November 22, 2024 (Doc. 42 in Civ. Act. No. 1:23-cv-15), and October 15, 2025 (Doc. 75 in Civ. Act. No. 1:23-cv-15), it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims are hereby

**DISMISSED**.

The following claims are dismissed without prejudice pursuant to several motions to dismiss previously ruled upon:

(1) Prior to consolidation, Plaintiff's claims involving injunctive relief and Defendant Escambia County Detention Center in Civ. Act. No. 1:23-cv-236.

(2) After consolidation, the claims brought against Defendants Kristy Godwin, Elizabeth Lowe, and Southern Health Partners.

(3) The claims against Defendants Heath Jackson and Richard Hetrick for violation of Title II of the Americans with Disabilities Act and Rehabilitation Act that are alleged in Count 3 of the Amended Complaint.

(4) The claims against Defendants Heath Jackson, Richard Hetrick, Melissa Floyd, and James Ward for violation of rights to adequate nutrition that are alleged in Count 7 of the Amended Complaint.

The remaining claims are dismissed with prejudice as a sanction for failure to prosecute and obey court orders pursuant to Fed. R. Civ. P. 41(b) as Plaintiff demonstrated a clear record of delay and willful conduct in her failure to respond and no lesser sanction will suffice.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 3rd day of November, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE